# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| AARON DEAN LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  3:19-CV-425-DCLC-DCP |
| | ) | |
| ROY DEAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM OPINION**

The Court is in receipt of a pro se prisoner's civil rights complaint filed pursuant to 42 U.S.C. § 1983 [Doc. 1], and a motion for leave to proceed *in forma pauperis* [Doc. 2].

Plaintiff is housed at the South Central Correctional Center in Clifton, Tennessee, which is in Wayne County, Tennessee. Plaintiff's complaint names numerous Defendants spread throughout at least two judicial districts, but his complaint primarily relates to the circumstances of his incarceration at the South Central Correctional Center [*See, generally*, Doc. 1].

The general venue statute for federal district courts provides, in relevant part, as follows:

> A civil action may be brought in — (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). A federal district court may transfer a civil action to any district or division where it could have been filed originally "in the interest of justice." 28 U.S.C. § 1406(a).

As set forth above, Plaintiff's complaint sets forth claims primarily involving Defendants and events in Wayne County, Tennessee. Wayne County lies within the Columbia Division of the Middle District of Tennessee. *See* 28 U.S.C. § 123(b)(3). Therefore, the Court finds that in the interests of justice, this case should be transferred to the Columbia Division of the Middle District of Tennessee.[1]

Accordingly, the Clerk will be **DIRECTED** to transfer this action to the Columbia Division of the Middle District of Tennessee and **CLOSE** this Court's file.

**AN APPROPRIATE ORDER WILL ENTER.**

s/Clifton L. Corker
United States District Court

---

[1] The Court determines that that the Middle District is better suited to resolve Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2], and therefore, Plaintiff's motion will be transferred with the case.